# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JERRY D. TZAKIS and  
CHRISTINA A. TZAKIS  

§  
§  
§  
§  

Case No. 12-34337  
Hon. JACQUELINE P. COX  
Chapter 7  

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street  
7th Floor  
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 07/11/2013 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2013        By: Clerk U. S. Bankruptcy Court  
                                    (Title of person signing form)

*Trustee's Name:*  
ALLAN J. DeMARS

*Trustee's Address:*  
19 S. LaSalle Street  
Suite 902  
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN    **DISTRICT OF** ILLINOIS
<u>EASTERN DIVISION</u>

In re:  JERRY D. TZAKIS and           § Case No. 12-34337
        CHRISTINA A. TZAKIS           §           Hon. JACQUELINE P. COX
                                      §           Chapter 7
                                      §
           Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $32,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $32,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $32,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,950.00 | $0.00 | $3,950.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $19.41 | $0.00 | $19.41 |
| *Attorney for Trustee, Fees* | | $1,890.00 | $0.00 | $1,890.00 |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,* U.S. Bankruptcy Court

*Fees,* United States Trustee

    Other

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $5,859.41 |
| Remaining balance: | $26,140.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for   , Fees* | | | |
| *Attorney for   , Expenses* | | | |
| *Accountant for   , Fees* | | | |
| *Accountant for   , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $26,140.59 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $26,140.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $93,724.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  27.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $10,786.10 | $0.00 | $3,008.35 |
| 2 | Capital One Bank USA, NA | $2,273.25 | $0.00 | $634.03 |
| 3 | FIA Card Services successor to Bank of America and MBNA | $4,357.00 | $0.00 | $1,215.21 |
| 4 | FIA Card Services successor to Bank of America and MBNA | $38,895.50 | $0.00 | $10,848.33 |
| 5 | eCAST Settlement Corp. | $1,276.53 | $0.00 | $356.04 |
| 6 | Sallie Mae | $28,911.76 | $0.00 | $8,063.77 |
| 7 | Portfolio Recovery Assoc. successor to US Bank Natl Assoc. | $7,224.08 | $0.00 | $2,014.86 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $26,140.59 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-34337-JPC
Jerry D. Tzakis                                                       Chapter 7
Christina A. Tzakis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 3              Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2013.
```
db/jdb       #+Jerry D. Tzakis,   Christina A. Tzakis,   750 Pearson Street, Unit 208,
               Des Plaines, IL 60016-9214
19377095     +Bank of America,   Post Office Box 851001,   Dallas, TX 75285-1001
19377098     +Capital One,   Post Office Box 6492,   Carol Stream, IL 60197-6492
19377099     +Capital One,   Post Office Box 30285,   Salt Lake City, UT 84130-0285
20311724      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC   28272-1083
19377100     +Chase Bank,   Post Office Box 24785,   Columbus, OH 43224-0785
19377102     +Chase Cardmember Services,   Post Office Box 15298,   Wilmington, DE 19850-5298
19377101     +Chase Cardmember Services,   Post Office Box 15153,   Wilmington, DE 19886-5153
19377103     +Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
19377104     +Citi Cards,   Post Office Box 6500,   Sioux Falls, SD 57117-6500
19377105     +Citibank,   Post Office Box 769004,   San Antonio, TX 78245-9004
19377106     +Citibank Client Services,   Post Office Box 769013,   San Antonio, TX 78245-9013
19712858      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19377108     +HSBC Card Services,   Post Office Box 17051,   Baltimore, MD 21297-1051
19377109     +Library Courte Condominium Assoc.,   C/O Matthew Moodhe,   750 Lake Cook Road, #350,
               Buffalo Grove, IL 60089-2088
19377110     +Macy's Department Stores Natl. Bank,   Post Office Box 183083,   Columbus, OH 43218-3083
19377111     +Macy's Department Stores Natl. Bank,   Bankruptcy Processing,   Post Office Box 8053,
               Mason, OH 45040-8053
19377112     +Messerli & Kramer,   3033 Campus Drive, #250,   Plymouth, MN 55441-2662
19377113     +PNC Bank,   Post Office Box 856177,   Louisville, KY 40285-6177
19377114     +PNC Bank,   C/O Codilis & Associates,   15W030 North Frontage Road, #100,
               Burr Ridge, IL 60527-6921
19932289     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
19377117     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,   Post Office Box 790408,   Saint Louis, MO 63179)
19401732      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
19745095      eCAST Settlement Corporation, SUCCESSOR,   to Spiegel Acceptance Corp.,   POB 35480,
               Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19377096      E-mail/Text: dob@bcu.org Jun 11 2013 04:12:48     Baxter Credit Union,   340 N. Milwaukee Avenue,
               Vernon Hills, IL 60061
19377097     +E-mail/Text: cms-bk@cms-collect.com Jun 11 2013 02:14:20     Capital Management Services,
               726 Exchange Street, #700,   Buffalo, NY 14210-1464
19681828      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2013 02:28:40     Capital One Bank (USA), N.A.,
               PO Box 248839,   Oklahoma City, OK   73124-8839
19615429      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 11 2013 02:21:35     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19377107     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 11 2013 02:21:35     Discover Financial Services,
               Post Office Box 6103,   Carol Stream, IL 60197-6103
19377116      E-mail/PDF: cbp@slfs.com Jun 11 2013 02:27:38     Springleaf Financial Services,
               969 S. Elmhurst Road, #B,   Des Plaines, IL 60016
19377115     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 11 2013 02:28:28     Sallie Mae,
               Post Office Box 9500,   Wilkes Barre, PA 18773-9500
19780422     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 11 2013 02:30:44     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3             Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2013 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Chris D Rouskey   on behalf of Joint Debtor Christina A. Tzakis rouskey-baldacci@sbcglobal.net
              Chris D Rouskey   on behalf of Debtor Jerry D. Tzakis rouskey-baldacci@sbcglobal.net
              Joel P Fonferko   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION ND-One@il.cslegal.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 6
```